PROB 12B
(7/93)

Report Date: July 21, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 2 8 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Shawn Montgomery Harp

Case Number: 2:07CR00100-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 7/24/2008

Type of Supervision:    Supervised Release

Original Offense: Passing Counterfeit Currency, 18 U.S.C. § 472

Date Supervision Commenced: 07/24/08

Original Sentence:  Prison - 204 Days; TSR - 36 Months

Date Supervision Expires: 07/23/11

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

17      The defendant shall participate pursuant to public law, in a community corrections center, Port of Hope, Coeur d'Alene, Idaho, for a period for up to 120 days, to include prerelease component, day reporting and home confinement at the discretion of the Community Corrections manager and U.S. probation officer. The defendant shall observe the rules of the program and understands that removal from the program may occur for the violations of Bureau of Prisons rules, program rules or the terms of supervised release.  The defendant is responsible for all medical and dental expenses that may be incurred during participation in the program.

### CAUSE

On July 20, 2010, this office received a request for a modification to Mr. Harp's conditions of supervision from U.S. Probation Officer (USPO), Robert L. Urbaniak in the District of Idaho.  USPO Urbaniak has been supervising the offender since March 18, 2010.

Mr. Harp admitted to using methamphetamine on June 25, 2010, and July 2, 2010.  The offender informed USPO Urbaniak that his illegal drug usage explained his failure to report for drug testing during that time frame.

On July 12, 2010, a modification of conditions was discussed with Shawn Harp by USPO Urbaniak.  The offender agreed to participate in the Port of Hope, Residential Reentry Center (RRC), program for up to 120 days.  Mr. Harp signed the waiver of hearing to modify conditions of his supervision on July 12, 2010, to include placement at the RRC for up to 120 days.

Please find attached the violation report letter dated July 12, 2010, and the Waiver of Hearing to Modify Conditions of Supervised release signed by USPO Urbaniak and Mr. Harp.

Prob 12B
**Re:  Harp, Shawn Montgomery**
**July 21, 2010**
**Page 2**

In addition, USPO Urbaniak is supportive of jurisdiction in this case being transferred to the District of Idaho.  This officer believes this is appropriate since the offender has significant ties to the Coeur d'Alene, Idaho area.  As a result, if the Court concurs with this action, this officer has attached the appropriate paperwork to facilitate the transfer of jurisdiction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/21/2010

s/Brenda Kuest

Brenda Kuest
U.S. Probation Officer

## THE COURT ORDERS

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other

*Edward F. Shea*
Signature of Judicial Officer

*July 28, 2010*
Date

Shawn Harp
0976 2:07CR0000100-001                Petition to Modify Supervised Release Continued                July 12, 2010
Page 3
PROB 49
(Rev. 3/01)

# UNITED STATES DISTRICT COURT

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

U. S. vs. Shawn Harp                                    Dkt. No. 2:074CR00100-001

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or Supervised Release or to the proposed extension of my term of supervision:

> That the defendant shall participate pursuant to public law, in a community corrections center, Port of Hope, Coeur d'Alene, Idaho, for a period for up to 120 days, to include prerelease component, day reporting and home confinement at the discretion of the Community Corrections Manager and U.S. Probation Officer. The defendant shall observe the rules of the program and understands that removal from the program may occur for violations of Bureau of Prisons rules, program rules or the terms of supervised release. The defendant is responsible for all medical and dental expenses that may be incurred during participation in the program.

Witness: _____        Signed: _____
          U.S. Probation Officer                    Probationer or Supervised Releasee

7-12-10
Date